## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

…………………………………………………

In re:

Inpellis, Inc.                                                            Chapter 7 No. 18-12844

      Alleged Debtor

…………………………………………………..

## STIPULATION EXTENDING TIME FOR RESPONSIVE PLEADING

ADEC Private Equity Investments, The BTR Trust, The PRK Trust and Amory Ross (the "Petitioning Creditors") filed an involuntary bankruptcy petition (the "Petition") against Inpellis, Inc. ("Inpellis") on July 26, 2018. The Petition was served on Inpellis on July 27, 2018 and a responsive pleading under Bankruptcy Rule 1011 was due on August 17, 2018.

Inpellis, Inc. desires more time to assess the filing and any defenses thereto and has requested an extension of time to respond to the Petition. As a result, the Petitioning Creditors and Inpellis have stipulated and agreed that the date to file a responsive pleading is extended to and including August 30, 2018.

Dated: August 20, 2018

| Inpellis, Inc. by its counsel: | Petitioning Creditors by its counsel |
|---|---|
| /s/ Jan R. Schlichtmann, Esq. | /s/ P. Sabin Willet, Esq. |
| Jan R. Schlichtmann, Esq. | Peter Sabin Willet, Esq. |
| BBO No. 445900 | BBO No. 542519 |
| PO Box 233 | Morgan Lewis & Bockius LLP |
| Prides Crossing, MA 01965 | One Federal Street |
| O: 978 927-1037 | Boston, MA 02110 |
| C: 978-804-2553 | Tel. (617) 341 -7700 |
| jan@schlichtmannlaw.com | Fax 617 341 770 |
| | sabin.willett@morganlewis.com |

**Certificate Of Electronic Service**

  I, Jan Schlichtmann, certify that a copy of this document was served on Petitioning Creditors by electronic service to Petitioners' counsel through the CM/ECF electronic system this date.

/s/ Jan Schlichtmann
Jan Schlichtmann, Esq.
Counsel For Inpellis, Inc.
PO Box 233
Prides Crossing, MA 01965
O: 978-927-1037
C: 978-804-2553
jan@schlichtmannlaw.com